Hoffmeier et ux., Appellants, *v.* Dillon et ux., et al., Appellants.

Submitted November 16, 1973. *David L. Gropp,* and *Baldwin and Gropp,* plaintiffs for appellants, and *Rex Downie, Jr.,* for appellants defendants; *David L. Gropp,* and *Baldwin and Gropp,* for appellee, and *Rex Downie, Jr.,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Hutchison, Appellant, *v.* Hutchison.

Argued November 16, 1973. *Maurice A. Nernberg, Jr.,* with him *Nernberg and Nernberg,* for appellant; no oral argument was made nor brief submitted for appellee.

Order affirmed.

SPAULDING, J., absent.